UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EFRAIN REYES CABRERA

                Plaintiff,

-against-

DREAM TEAM TAVERN CORP., DOING BUSINESS AS
TOMMY'S PLACE, and THOMAS SCHAFER,

                Defendants.
-----------------------------------------------------------------X

**VERDICT SHEET**
12-CV-6323

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 02 2016 ★

LONG ISLAND OFFICE

**SPATT, DISTRICT JUDGE**

According to the principles as charged by the Court and the facts as you find them, please answer the following questions:

### I. LIABILITY

1. Has the Plaintiff established by a preponderance of the evidence that the Defendants Dream Team Tavern Corp., doing business as "Tommy's Place," and Thomas Schafer violated the Fair Labor Standards Act and the New York Labor Law by failing to pay the Plaintiff overtime wages?

    YES _____           NO __X__

    *Continue to question 2.*

2. Has the Plaintiff established by a preponderance of the evidence that the Defendants Dream Team Tavern Corp., doing business as "Tommy's Place," and Thomas Schafer violated the New York Labor Law by failing to pay him spread-of-hours wages?

    YES __✓__           NO _____

    *Continue to question 3.*

3. Has the Plaintiff established by a preponderance of the evidence that the Defendants Dream Team Tavern Corp., doing business as "Tommy's Place," and Thomas Schafer violated the New York Labor Law by failing to provide him with a pay stub during any time after April 9, 2011 when he received wages?

YES _____ NO __✓__

**If you answered "No" to <u>all</u> questions 1, 2, and 3, you have found for the Defendants. In that event, do not answer any other question and the foreman should sign and date the verdict sheet and notify the Court by note that you have reached a verdict and are ready to return to the Courtroom to announce your verdict.**

**If you answered "Yes" to <u>any</u> of questions 1, 2, and 3, you have reached a verdict in favor of the Plaintiff on that particular claim. In that event, please answer the appropriate damage question that follows.**

## II. DAMAGES

### Willfulness

*If you answered "Yes" to <u>either</u> question 1 or question 2, please answer the following question:*

4. Has the Plaintiff proven by a preponderance of the evidence that either or both Defendants knew or showed reckless disregard for the Fair Labor Standards Act and the New York Labor Law overtime and spread-of-hours requirements?

   YES __✓__                                              NO _____

### Good Faith

*If you answered "No" to question 4, please answer the following question:*

5. Have the Defendants proven by a preponderance of the evidence that either or both Defendants acted in good faith and had objectively reasonable grounds for failing to follow the overtime and spread-of-hour requirements of the Fair Labor Standards Act and the New York Labor Law?

   **YES** _____                                          **NO** _____

### The FLSA and NYLL Overtime Claims

*If you answered "Yes" to question 1, please answer the following question:*

6. How much do you award the Plaintiff in unpaid overtime wages for the following periods of time?

   - December 21, 2006 to November 24, 2009     $_____
   - November 24, 2009 to December 21, 2012     $_____

3

**The NYLL Spread-of-Hours Claim**

*If you answered "Yes" to question 2, please answer the following question:*

7. How much do you award the Plaintiff in unpaid spread-of-hour wages for the following periods of time?

    - January 1, 2011 to December 21, 2012    $746.75

**The NYLL Claim for Failure to Provide Pay Stubs**

*If you answered "Yes" to Question 3, please answer the following question:*

8. How much do you award the Plaintiff for failing to receive adequate pay stubs beginning on April 9, 2011?

    $_____

**Foreperson please sign and date the verdict sheet and advise the Court by note that you have reached a verdict, and you are ready to return to the Courtroom to announce your verdict.**

Dated: Central Islip, New York
May 2, 2016

_____
FOREPERSON